**LODGED**

MARVIN S.C. DANG  #2221
JASON M. OLIVER  #7621
MARCUS J. FLOREZ  #8692
Law Offices of Marvin S.C. Dang, LLLC
P.O. Box 4109
Honolulu, Hawaii 96812-4109
Telephone No.: (808) 521-8521
Facsimile No.: (808) 521-8522
dangm@aloha.net

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NOELANI KAUINUI, | CIVIL NO. CV09-000258 ACK -bmk |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE |
| vs. | |
| CITIBANK (SOUTH DAKOTA), N.A., | |
| Defendant. | |

**STIPULATION TO DISMISS
PLAINTIFF'S COMPLAINT WITH PREJUDICE**

IT IS STIPULATED by and between the Plaintiff NOELANI KAUINUI and Defendant CITIBANK (SOUTH DAKOTA), N.A. ("Citibank") that Plaintiff's

1

Complaint as to Citibank is dismissed with prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

All appearing parties that are still parties to this action have signed this Stipulation.

No trial date has been set.

DATED: Honolulu, Hawaii, _____1/14/10_____

_____
MARVIN S.C. DANG
JASON M. OLIVER
Attorneys for Defendant Citibank (South Dakota), N.A.

_____
JOHN HARRIS PAER
Attorney for Plaintiff

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

NOELANI KAUINUI v. CITIBANK (SOUTH DAKOTA), N.A.,
United States District Court for the District of Hawaii
Civil No. CV09-00258-ACK/BMK
"Stipulation To Dismiss Plaintiff's Complaint With Prejudice"

2